UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMAZ ASMELASHE,<br><br>        Plaintiff,<br><br>    v.<br><br>LEE GUESS,<br><br>        Defendant. | Case No. 21-cv-03018-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 12 |

The Court has reviewed Judge Jacqueline S. Corley's Report and Recommendation to Dismiss and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the Report and Recommendation to Dismiss is GRANTED.

**IT IS SO ORDERED.**

Dated: August 13, 2021

_____
VINCE CHHABRIA
United States District Judge